428 A.2d 250

Commonwealth v. Zeppadoro, Appellant.

Argued December 5, 1979. William F. Fox, Jr., for appellant; Ronald T. Williamson, Assistant District Attorney, for Commonwealth, appellee.

Before PRICE, WATKINS and HOFFMAN, JJ.

Judgment of sentence affirmed.

428 A.2d 251

Commonwealth ex rel. Walker v. Walker, Appellant.

Argued December 3, 1979. S. David Fineman, for appellant; Peter T. Welling, for Commonwealth, appellee.

Before PRICE, WATKINS and HOFFMAN, JJ.

Order affirmed.

HOFFMAN, J., concurred in the result.